Phillip T. TAYLOR, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62159.

Missouri Court of Appeals,
Western District.

Jan. 20, 2004.

Mark A. Grothoff, Columbia, MO, for appellant.

Anne E. Edgington, Assistant Attorney General, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J, SMITH and HOWARD, JJ.

## ORDER

PER CURIAM.

Phillip Taylor appeals the denial of his 29.15 motion for post-conviction relief after an evidentiary hearing. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).